**SUSAN C. WOLFE, ESQ.**
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel: (917) 209-0441
Email: scwolfe@scwolfelaw.com

Diane Fischer,
Of counsel

> APPLICATION GRANTED
> SO ORDERED:
> /s/
> Vincent L. Briccetti, U.S.D.J.
> Dated: 8/26/19
> White Plains, NY
>
> The ex parte application in support will be filed under seal.

August 13, 2019

Hon. Judge Vincent L. Briccetti
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601
Via Email: Donna_Hilbert@nysd.uscourts.gov

APPLICATION UNDER
THE CJA ACT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/19

Re: *United States v. Hibah Lee*, 19-cr-424-VSB

Dear Judge Briccetti:

    I am writing to request the appointment of an associate attorney to assist me, for the reasons set forth in my *ex parte* application under the Criminal Justice Act. Diane Fischer, who is of counsel to me, has been appointed to assist me on several other cases, including one before Your Honor.

    Because of Ms. Fisher's skill and experience, I request that she be compensated at a rate of $100/hour, for an initial number of 40 hours.

    Thank you for your consideration.

                        Very truly yours,

                        S/

                        SUSAN C. WOLFE