UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,　　　　:
　　　　　　　　　　　　　　　　　　　:　　**ORDER**
v.　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:　　19 CR 424 (VB)
HIBAH LEE,　　　　　　　　　　　　:
　　　　　　　　　　　Defendant.　:
------------------------------------------------------x

Having reviewed the parties' submissions in connection with defendant's pretrial motions, an evidentiary hearing is required with respect to the scope of the questioning conducted of defendant following his arrest on January 15, 2019, but before he arrived at the FBI's office in Rye. The parties shall be prepared to proceed with that hearing on February 27, 2020, at 2:15 p.m., as previously scheduled.

Dated: February 24, 2020
　　　　White Plains, NY

　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Vincent L. Briccetti
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge