UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA     :
     :     **ORDER**
v.     :
     :     19 CR 424 (VB)
HIBAH LEE,     :
     Defendant.     :
-------------------------------------------------------x

A status conference in this matter is scheduled for April 17, 2020, at 10:00 a.m. At that time, the Court expects to issue a bench ruling on defendant's pretrial motions. Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendant waives his personal appearance and consents to appear by telephone conference after consultation with counsel.

Accordingly, it is hereby ORDERED:

1. Defense counsel shall consult with her client regarding his consenting to appear by telephone. If counsel is unable to do so prior to the hearing, defense counsel and defendant will be given an opportunity to do so before the proceeding begins on April 17, 2020.

2. The parties shall arrange for defendant's appearance by telephone.

At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

     **Dial-In Number**:     **(888) 363-4749 (toll free) or (215) 446-3662**
     **Access Code:**     **1703567**

Dated: April 10, 2020
     White Plains, NY     SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1