UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

HIBAH LEE,
          Defendant.

--------------------------------------------------------------x

**ORDER**

19 CR 424 (VB)

      As discussed at a telephone conference held today, attended by all counsel and defendant Hibah Lee, it is HEREBY ORDERED:

      1.    For the reasons stated on the record, defendant's motion to suppress his post-arrest statements and the evidence obtained from his cell phone is DENIED.

      2.    A status conference in this matter is scheduled for May 18, 2020, at 10:00 a.m. The parties shall arrange for defendant's appearance by telephone. At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

      **Dial-In Number:**    **(888) 363-4749 (toll free) or (215) 446-3662**
      **Access Code:**    **1703567**

Dated: April 17, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge