UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
v.                                         :         **ORDER**
                                           :
HIBAH LEE,                                 :         19 CR 424 (VB)
                  Defendant.               :
                                           :
                                           :
--------------------------------------------------------------x

It is HEREBY ORDERED:

1.  The status conference scheduled for May 18, 2020, at 10:00 a.m., is adjourned to May 18, 2020, at 2:00 p.m. The parties shall arrange for defendant's appearance by telephone. At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

**Dial-In Number:** **(888) 363-4749 (toll free) or (215) 446-3662**
**Access Code:** **1703567**

Dated: May 7, 2020
       White Plains, NY                    SO ORDERED:

                                           _____
                                           Vincent L. Briccetti
                                           United States District Judge