UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

_HIBAH LEE_        Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

19 -CR- ( )( )

Defendant _Hibah Lee_ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _✓_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_✓_ Bail/Detention Hearing

___ Conference Before a Judicial Officer

/s/ Hibah Lee by JCM
_____
**Defendant's Signature**
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
**Print Defendant's Name**

_Susan C. W_
_____
**Defendant's Counsel's Signature**

_Susan C. Wolfe_
_____
**Print Counsel's Name**

This proceeding was conducted by reliable video or telephone conferencing technology.

5/21/2020
_____
Date

_Judith C. McCarthy_
_____
**U.S. District Judge/U.S. Magistrate Judge**