UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :        **ORDER**
                                    :
                                    :        19 CR 424 (VB)
HIBAH LEE,                          :
                  Defendant.        :
--------------------------------------------------------------x

The status conference scheduled for June 22, 2020, is adjourned to **July 23, 2020, at 10:00 a.m.**

Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

Accordingly, it is hereby ORDERED:

1. By July 9, 2020, defense counsel shall advise the Court in writing as to whether her client waives his right to be physically present and consents to appear by telephone.

2. At the time of the scheduled conference, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

**Dial-In Number**:   **(888) 363-4749 (toll free) or (215) 446-3662**

**Access Code:**      1703567

3. For the reasons set forth in the government's letter of June 17, 2020 (Doc. #59), time is excluded under the Speedy Trial Act in the interests of justice through July 23, 2020.

Dated: June 18, 2020
       White Plains, NY                        SO ORDERED:

                                                _____
                                                Vincent L. Briccetti, U.S.D.J