UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :

v.                                                              :     **ORDER**

HIBAH LEE,                                                  :     19 CR 424 (VB)
           Defendant.                             :
--------------------------------------------------------------x

      The status conference scheduled for July 23, 2020, is adjourned to **August 6, 2020, at 11:00 a.m.**

      Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

      Accordingly, it is hereby ORDERED:

      1.    By July 30, 2020, defense counsel shall advise the Court in writing as to whether her client waives his right to be physically present and consents to appear by telephone.

      2.    At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

      **Dial-In Number:**    (888) 363-4749 (toll free) **or** (215) 446-3662

      **Access Code:**    1703567

Dated: July 22, 2020
      White Plains, NY                    SO ORDERED:

                                                            _____
                                                            Vincent L. Briccetti
                                                             United States District Judge