UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
UNITED STATES OF AMERICA,             :
                                      :
v.                                    :     **ORDER**
                                      :
HIBAH LEE,                            :     19 CR 424 (VB)
                    Defendant.        :
                                      :
--------------------------------------------------------------x

        For the reasons stated on the record at today's telephone conference, attended by counsel for all parties and defendant, the schedule for trial and pretrial submissions is as follows:

        1.     Rule 404(b) evidence shall be disclosed by no later than September 30, 2020.

        2.     Motions in limine (including any government motion to admit Rule 404(b) evidence), shall be filed by September 30, 2020. Opposition to any motions in limine shall be filed by October 14, 2020. No replies will be permitted.

        3.     The Court will hold a telephone conference on October 28, 2020, at 10:30 a.m. to hear oral arguments on the motions in limine, and, if possible, to resolve the motions. Defendant's counsel shall submit a letter or consent form by no later than October 14, 2020, respecting whether defendant consents to appear by telephone. At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

        **Dial-In Number:**     **(888) 363-4749 (toll free) <u>or</u> (215) 446-3662**
        **Access Code:**           **1703567**

        4.     Proposed voir dire and requests to charge shall be filed by October 30, 2020. The parties are encouraged, to the extent possible, to agree on requests to charge.

        5.     On the consent of the government, 3500 material and <u>Giglio</u> material shall be produced by November 16, 2020.

        6.     Marked government case-in-chief exhibits shall be produced by November 16, 2020.

        7.     The final pre-trial conference is scheduled for November 18, 2020, at 3:00 p.m. The Court intends to conduct this conference in person. Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at: https://www.nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf. Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry

requirements established by the questionnaire will be permitted entry. Please contact chambers if you do not meet the requirements.

8. Jury selection and trial are tentatively scheduled for November 30, 2020, at 9:30 a.m. Please review the instructions in paragraph 7 above regarding how to appear at the SDNY courthouse.

9. Time is excluded under the Speedy Trial Act in the interests of justice through October 28, 2020.

Dated: August 6, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge