```
USDC SD...
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                :

v.                                       :       **ORDER**

HIBAH LEE,                               :       19 CR 424 (VB)
           Defendant.              :
--------------------------------------------------------------x

      Defense counsel's request to extend defendant's time to respond to the government's motions in limine is GRANTED. Accordingly, defendant's opposition to the motion to admit 404(b) evidence is due November 4, 2020, and defendant's opposition to the motion to limit cross-examination of certain of the government's witnesses is due November 11, 2020.

      The next status conference in this case shall proceed as scheduled by telephone on October 28, 2020, at 10:30 a.m., at which time scheduling and other matters will be discussed. As previously ordered, defense counsel shall submit a letter or consent form by no later than October 14, 2020, respecting whether defendant consents to appear by telephone. At the time of the scheduled conference, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

      **Dial-In Number:**   **(888) 363-4749 (toll free) or (215) 446-3662**
      **Access Code:**      1703567

Dated: October 13, 2020
       White Plains, NY

                                                SO ORDERED:

                                                Vincent L. Briccetti
                                                United States District Judge