UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                         :
                                                 :
v.                                               :   **ORDER**
                                                 :
HIBAH LEE,                                       :   19 CR 424 (VB)
                    Defendant.                   :
--------------------------------------------------------------x

    At a telephone conference held today that was attended by all counsel and the defendant, the Court scheduled a further conference for December 23, 2020, at 2:00 p.m. Because of the current public health emergency, the Court will conduct the conference by telephone conference call provided that defendant, after consultation with counsel, waives his right to be physically present and consents to appear by telephone.

    At today's conference, the Court also scheduled a tentative trial date in this case for March 15, 2021.

    Accordingly, it is HEREBY ORDERED:

    1. By December 16, 2020, defense counsel shall advise the Court in writing as to whether her client waives his right to be physically present and consents to appear by telephone at the December 23, 2020, conference.

    2. At the time of the scheduled conference, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

    **Dial-In Number:**    (888) 363-4749 (toll free) or (215) 446-3662

    **Access Code:**    1703567

1

3. At the conference on December 23, 2020, the Court will set a new schedule for pretrial submissions leading up to the tentative trial date of March 15, 2021.

Dated: October 28, 2020
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge