UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

HIBAH LEE

                              Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

19 -CR- 424   ( V B )

Defendant __HIBAH LEE_____ hereby voluntarily consents
to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

_X_  Conference Before a Judicial Officer on **OCTOBER 28, 2020**

__Hibah Lee (by WB)__
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

HIBAH LEE
Print Defendant's Name

s/ Susan C. Wolfe
Defendant's Counsel's Signature

Susan C. Wolfe
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/28/20
Date

_____
U.S. District Judge/U.S. Magistrate Judge