UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                 :
                                         :
v.                                       :     **ORDER**
                                         :
                                         :     19 CR 424 (VB)
HIBAH LEE,                               :
            Defendant.                   :
--------------------------------------------------------------x

        **A change of plea hearing in this case is scheduled for January 21, 2021, at 10:00 a.m.** Because of the current public health emergency, the Court will conduct the proceeding by telephone conference call.

        Accordingly, it is hereby ORDERED:

        1.    The hearing will be conducted by telephone conference call.  At the time of the scheduled change of plea hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

        **Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662**

        **Access Code: 1703567**

Dated: January 19, 2021
       White Plains, NY

                                                             SO ORDERED:

                                                            _____
                                                             Vincent L. Briccetti
                                                             United States District Judge