**SUSAN C. WOLFE, ESQ.**
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/21

Tel:   (917) 209-0441
Email: scwolfe@scwolfelaw.com

Diane Fischer,
Of counsel

February 9, 2021

Hon. Judge Vincent L. Briccetti
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

APPLICATION GRANTED
SO ORDERED:

/s/
Vincent L. Briccetti, U.S.D.J.
Dated: 2/11/21
White Plains, NY

Re: *United States v. Hibah Lee*, 19-cr-424-VB

Dear Judge Briccetti:

    I recently attended the probation interview for Hibah Lee in connection with his sentencing scheduled for March 26, 2021. The Probation Officer indicated that she would include in the report some of the biographical information contained in the presentence reports (PSRs) for his two prior federal cases. I was further informed that the Probation Department requires an order from the Court before it can disclose the prior PSRs to me. Because the Probation Department is relying on the prior PSRs in drafting the current one, it is important that Mr. Lee and I review them.

    I therefore respectfully request that the Court So Order this letter, authorizing and directing the United States Probation Office for the Southern District of New York to disclose the prior Presentence Reports that the Office maintains regarding Hibah Lee.

    Thank you for your attention.

Respectfully submitted,

s/

SUSAN C. WOLFE