

**SUSAN C. WOLFE, ESQ.**
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel: (917) 209-0441
Email: scwolfe@scwolfelaw.com

Hon. Judge Vincent L. Briccetti
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601
Via Email: Donna_Hilbert

> **APPLICATION GRANTED**
> Sentencing is adjourned to **6/3/2021 at 9:30 a.m.**, to be conducted in person in the courthouse. Chambers will advise counsel of the courtroom. By no later than 5/20/2021, defendant shall submit his sentencing memorandum with respect to case no. 19cr424, and submit any motion and/or sentencing memorandum with respect to the VOSR matter (07cr003). Government's submission due 5/27/21. No further adjournments or extensions will be granted.
> SO ORDERED:
> /s/ Vincent L. Briccetti
> Vincent L. Briccetti, U.S.D.J.  5/5/2021

Re: *United States v. Hibah Lee*, 19-cr-424-VSB

Dear Judge Briccetti:

    I am writing to request an adjournment of Mr. Lee's sentencing for an additional two weeks, from the current date of June 26, 2021 until a date during the week of June 1st. The forensic social worker's report Your Honor directed the Probation Department to give us is a font of valuable and important information which we intend to incorporate into our sentencing memorandum. We also received yesterday Mr. Lee's mental health records from the Orange County Jail (it took longer than usual because of a change in their medical records administrative provider). Finally, we intend to be prepared to proceed on the VOSR, which was transferred to Your Honor from Judge Preska, on the same date as the sentencing. There are two legal issues which we will likely raise, one by motion and the other a guidelines issue.

    In order to accomplish the above, Mr. Lee requests an adjournment of his sentencing for an additional two weeks. I have spoken to AUSA Brumwell and he does not object to the proposed adjournment.

    Thank you for consideration.

Very truly yours,

s/

SUSAN C. WOLFE