UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

HIBAH LEE,
              Defendant.
------------------------------------------------------------x

**ORDER (CORRECTED)**

19 CR 424 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/18/2021

On May 17, 2021, the Court issued an Order scheduling sentencing in the above matter for June 4, 2021. (Doc. #97). That date is incorrect. <u>As previously ordered (Doc. #96), sentencing in this case, as well as a hearing on the related VOSR matter (07cr003), are scheduled for **June 3, 2021, at 9:30 a.m.**, in person in the Courthouse.</u> Counsel will be advised of the courtroom prior to the proceeding.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at:

https://www.nysd.uscourts.gov/sites/default/files/2020-09/SDNY%20COVID%20ENTRY%20QUESTIONNAIRE%20GUIDE%209-2-2020.pdf.

Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: May 18, 2021
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge